BILL COBB v. THE STATE.

No. 8177.   Decided January 16, 1924.

Burglary—Statement of Facts—Sufficiency of the Evidence.

In the absence of bills of exception, and the statement of facts showing beyond question a burglarious entry of the house and the taking therefrom of property, and the recent possession of some of the stolen property in defendant, the judgment is affirmed.

Appeal from the Criminal District Court of Dallas. Tried below before the Honorable Felix D. Robertson.

Appeal from a conviction of burglary; penalty, three years imprisonment in the penitentiary.

The opinion states the case. No brief on file for appellant.

*Shelby S. Cox*, District Attorney, and *Tom Garrard* and *Grover C· Morris*, Assistants Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of Dallas county of the offense of burglary, and his punishment fixed at three years in the penitentiary.

There is no bill of exceptions in the record. The statement of facts shows beyond question a burglarious entry of a house and the taking therefrom of property. A ring belonging to the owner and which was part of the loot of the burglary was later found in possession of the appellant. No testimony appears to have been offered on his behalf and no explanation was made of his possession of the alleged stolen property, and the fact of such possession is not in any way rebutted. We deem the evidence sufficient to justify the conclusion of guilt arrived at by the jury.

Finding no error in the record, an affirmance will be ordered.

*Affirmed.*